# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK MIZELL

NO. 2021 KW 1053

**NOVEMBER 5, 2021**

---

In Re:   Patrick Mizell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 367,199.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT